IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John C. Montalbano, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) No. 03 C 0669 | |
| | ) | |
| National Life Insurance Company, | ) Judge Bucklo | |
| National Life of Vermont, now | ) Mag. Judge Nolan | |
| Known as Unumprovident | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**REVISED
NOTICE OF MOTION**

DOCKETED
APR 8 2003

FILED
MAR 2 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Donald A. Murday, Elizabeth G. Doolin, Julie F. Wall
Chittenden, Murday and Novotny, LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois 60606

Michael J. Smith, Steven R. McMannon, of Michael J. Smith & Associates
39 S. La Salle Street, Suite 305, Chicago, Illinois

4|4

PLEASE TAKE NOTICE that on march 26, 2003 at the hour of 9:30 A. M., or as soon
thereafter as counsel may be heard, I will appear before her Honor, Judge Elaine Bucklo in
Room 1903 in the United States District Court House, 219 South Dearborn Street, Chicago,
Illinois 60604, or before such other judge who may be sitting in his place and stead, and then
and there present a Motion to Consolidate Discovery in two cases on behalf of the plaintiff, John
Montalbano, a copy of which is attached hereto and served upon you, at which time and place
you may appear if you so see fit.

KELLY Q. BENNETT

CIARDELLI AND CUMMINGS
19 West Jackson Boulevard, #300
Chicago, Illinois 60604
Phone: (312) 346-2522

CERTIFICATE OF SERVICE

The Undersigned, being first duly sworn on oath, deposes and states that on the 21st day of March,, 2003 the undersigned served the above and foregoing Motion and Notice by mailing said documents to the above named attorneys by means of the U. S. Mail, depositing same in the U. S. Mail at Dearborn and Jackson, Chicago, Illinois 60604 on the above noted date before the hour of 5:00 P. M.

*Valerie Stolmachowski*

SUBSCRIBED AND SWORN TO
before me this 21st day of March,
2003.

*Jamie Meyers*
Notary Public

OFFICIAL SEAL
JAMIE MEYERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/07/03

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John C. Montalbano, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) No. 03 C 0669 | |
| | ) | |
| National Life Insurance Company, | ) Judge Bucklo | |
| National Life of Vermont, now | ) Mag. Judge Nolan | |
| Known as Unumprovident | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONSOLIDATE DISCOVERY

Now comes the Plaintiff, John Montalbano, by and through his Attorneys,

Ciardelli and Cummings, and respectfully requests this Honorable Court to enter an order

to consolidate the discovery in this cause of action with the discovery in the case of John

C. Montalbano vs. Connecticut Mutual Life Insurance Company, now known as Mass

Mutual, under Case No. 03 C 0503, but not consolidating the cases for trial, and states as

follows:

1.     That John Montalbano has a disability policy with Connecticut Mutual

Life Insurance Company that was obtained on the 18th day of May, 1988.

2.     That John Montalbano also has a disability policy with National Life

Insurance Company known known as Unum Provident Corporation which he took out on

the 18th day of August, 1986.

3.     Each policy is with the individual company named.

4.  That on the 1st day of December, 2001, John Montalbano sustained a disability injury of a permanent nature relative to his employment called for under the terms of the insurance agreement.

5.  That in the interest of time and expense and judicial economy, we would respectfully pray that all written discovery, fact discovery, and expert testimony discovery be consolidated.

6.  That Magistrate Judge Nolan is the magistrate judge under both case numbers.

WHEREFORE for the above and foregoing reasons, we would respectfully pray that this honorable court to enter an order consolidating all written discovery, fact discovery and expert testimony discovery in this matter, Case No. 03 C 0669 with Case No. 03 C 0503 entitled John C. Montalbano vs. Connecticut Mutual Life Insurance Company, now known as Mass Mutual.

KELLY Q. BENNETT

CIARDELLI AND CUMMINGS
19 West Jackson Boulevard, #300
Chicago, Illinois  60604
Phone: (312) 346-2522